# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOW-MING YEH,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | Case No. ED CV 10-0965 JVS (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. Notably, the Objections fail to address the timeliness of the Petition, which is the dispositive issue here. Accordingly, having made a *de novo* determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge's Report and Recommendation. IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the

1  Court finds that Petitioner has not shown that jurists of reason would find it
2  debatable whether the Court was correct in its procedural ruling.  As a result, a
3  Certificate of Appealability ("COA") is denied.  *See Slack v. McDaniel*, 529 U.S.
4  473, 484 (2000) (holding that when a court dismisses a petition on procedural
5  grounds, a COA should issue only when a "prisoner shows, at least, that jurists of
6  reason would find it debatable whether the petition states a valid claim of the denial
7  of a constitutional right *and* that jurists of reason would find it debatable whether the
8  district court was correct in its procedural ruling[]") (emphasis added).

10  DATED: March 18, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2