# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOW-MING YEH,<br><br>        Petitioner,<br><br>        v.<br><br>KELLY HARRINGTON, Warden,<br><br>        Respondent. | Case No. ED CV 10-0965 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: March 18, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE